McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone:  (559) 498-7272
Attorneys for Respondents

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORMA MARTINEZ-RENTERIA, ) <br> ) <br> ) <br> Defendant ) <br> _____ ) | No. 01:04-CR-5148 OWW <br><br> **STIPULATION RE: GOVERNMENT REPLY TO MOTION TO DISMISS AND PROPOSED ORDER** <br><br> NOTICE TO COUNSEL: THIS STIPULATION HAS BEEN MODIFIED |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the government's reply to the defendant's motion to dismiss currently scheduled to be filed on June 20, 2005 is extended until July 11, 2005. The reason for the extension is that plea negotiation are on-going.  If the parties are unable to resolve the case via a plea agreement, the government will be filing a superceding indictment which may moot out the  defendant's current motion and will require additional briefing by the parties.  The parties will notify the court by July 11, 2005, of the status of the case. Finally, the parties also stipulate that time will be excluded until

///

///

///

1

//

the next hearing on the motions until August 22, 2005, in the interests of justice pursuant to 18 USC § 3161 (h)(1)(F).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Francine Zepeda (consent given to sign) |
| McGREGOR W. SCOTT | Francine Zepeda |
| United States Attorney | Assistant Federal Defender |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | NORMA MARTIENEZ-RENTERIA |
| Attorney for the Plaintiff | |
| | |
| Date : June 20, 2005 | Date : June 20, 2005 |

**IT IS SO ORDERED.**

**The hearing on the motion to dismiss currently set for June 27, 2005 is continued to August 1, 2005 at 9:00 a.m. before Judge Wanger.**

Dated : __June 21, 2005____        /s/ OLIVER W. WANGER_____
                                   Oliver W. Wanger
                                   United States District Court Judge
                                   Eastern District of California

2