1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  1130 "O" Street, Room 3654
   Fresno, California  93721
4  Telephone:  (559) 498-7272
5  Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 01:04-CR-5148 OWW |
| NORMA MARTINEZ-RENTERIA, ) | **STIPULATION RE: HEARING ON DEFENDANT'S MOTION TO AND DISMISS AND PROPOSED ORDER** |
| Defendant ) | |

**<u>STIPULATION</u>**

On June 20, 2005, the parties indicated that they would notify the court of the status of the case by July 11, 2005.  The parties are still working toward a resolution in this matter and anticipate that the case will be resolved without a trial.  Accordingly, the government has agreed to extend the plea agreement to the defendant until July 29, 2005.   There is currently a hearing on the defendant's motion to dismiss scheduled for August 1, 2005 at 9:00. The parties agree that at that time, the defendant will either plead guilty, or new dates for the filing of a superceding indictment and motions to dismiss can be established.

///

///

///

Finally, the parties also stipulate that time will be excluded until the next status conference on **August 1, 2005,** in the interests of justice pursuant to 18 USC § 3161 (h)(1)(F).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Francine Zepeda (consent given to sign) |
| McGREGOR W. SCOTT | Francine Zepeda |
| United States Attorney | Assistant Federal Defender |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | NORMA MARTIENEZ-RENTERIA |
| Attorney for the Plaintiff | |

Date : July 11, 2005          Date : July 11, 2005

**IT IS SO ORDERED.**

Dated : __July 11, 2005____          /s/ OLIVER W. WANGER_____
                                     Oliver W. Wanger
                                     United States District Court Judge
                                     Eastern District of California